**Opinion issued December 20, 2012**



In The

# Court of Appeals
For The

# First District of Texas

———————————

## NO. 01-12-00682-CV

———————————

**ADAM J. ROBINSON, INDIVIDUALLY AND D/B/A SAMDAC INDUSTRIES, Appellant**

**V.**

**MCGILL MAINTENANCE PARTNERSHIP LTD., Appellee**

---

**On Appeal from the County Court at Law No. 2**
**Brazoria County, Texas**
**Trial Court Cause No. CI046567**

---

# MEMORANDUM OPINION

Appellant, Adam J. Robinson, has neither paid the required fees nor established indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5

(requiring payment of fees in civil cases unless indigent), 20.1 (listing requirements for establishing indigence); *see also* TEX. GOV'T CODE ANN. § 51.207 (West Supp. 2012), § 51.941(a) (West 2005), § 101.041 (West Supp. 2012) (listing fees in court of appeals); Order Regarding Fees Charged in Civil Cases in the Supreme Court and the Courts of Appeals and Before the Judicial Panel on Multidistrict Litigation, Misc. Docket No. 07-9138 (Tex. Aug. 28, 2007), *reprinted in* TEX. R. APP. P. app. A § B(1) (listing fees in court of appeals). After being notified that this appeal was subject to dismissal, appellant did not adequately respond. *See* TEX. R. APP. P. 5 (allowing enforcement of rule), 42.3(c) (allowing involuntary dismissal of case).

We dismiss the appeal for nonpayment of all required fees.

We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Higley, and Sharp.